UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
JAN 22 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:26-CR-25-CHB
8 U.S.C. § 1326(a)(1)

PATRICIO HERNANDEZ-GOMEZ,
aka PATRIC HERNANDEZ

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 22, 2023, in Perry County, in the Eastern District of Kentucky,

PATRICIO HERNANDEZ-GOMEZ,
aka PATRIC HERNANDEZ,

an alien, was found in the United States after having been removed therefrom on or about May 17, 2021, at or near the Brownsville, Texas, Port of Entry, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, all in violation of 8 U.S.C. § 1326(a).

A TRUE BILL

███████████████
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Imprisonment for not more than 2 years, a fine of not more than $250,000, and supervised release for not more than 1 year.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.